UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

COMMUNITY HEALTH SOLUTIONS
OF AMERICA, LLC,

Case No. 8:06-bk-01215-CPM
Chapter 11

    Debtor.
_____/

LARRY S. HYMAN, Chapter 11 Trustee
of the Estate of COMMUNITY HEALTH
SOLUTIONS OF AMERICA, LLC, a
Florida limited liability company,
and on behalf of CADENT UNDERWRITERS, INC.,
a Delaware corporation

    Plaintiff,

vs.

Adv. Proc. No. 8:06-ap-0328-CPM

CADENT UNDERWRITERS, INC,
CADENT ADMINISTRATORS, INC., et al.

    Defendants.
_____/

## ORDER CONTINUING PRETRIAL CONFERENCE AND HEARING OF PENDING MOTIONS AND TOLLING OF THE FILING OF MOTIONS, NOTICES AND OTHER PAPERS

THIS adversary proceeding came on for hearing on August 29, 2006, for a continued pretrial conference and hearing of pending motions. For the reasons stated orally and recorded in open court, that shall constitute the decision of the Court, accordingly, it is

**ORDERED** that:

1.     The pretrial conference and the hearings on the pending motions are hereby continued to September 7, 2006, at 9:30 a.m. (the "Continued Hearing").

2.     This adversary proceeding is hereby stayed through the date of the Continued Hearing.

3.     Notwithstanding the rights of interested parties and others pursuant to § 1109 of the Bankruptcy Code, the Trustee, Mirabilis Ventures, Inc., Common Paymasters Corporation, Frank

Amodeo, and any entities related to the foregoing shall be stayed from filing motions, notices, or other papers in the adversary proceeding and the main bankruptcy case until the Continued Hearing.

DONE AND ORDERED in chambers, at Tampa, Florida, this 25 day of September, 2006, *Cpm* nunc pro tunc to August 29, 2006.

*Catherine M<sup>c</sup>Ewen* (signature)

HONORABLE CATHERINE PEEK MCEWEN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

Mark J. Bernet, Esquire
Buchanan Ingersoll & Rooney, P.C.
SunTrust Financial Center
401 E. Jackson Street, Suite 2500
Tampa, Florida 33602

John A. Anthony, Esquire
Cheryl Thompson, Esquire
GrayRobinson, P.A.
201 N. Franklin Street, Suite 2200
Tampa, Florida 33602

Larry S. Hyman
106 S. Tampania Ave.
Suite 200
Tampa, Florida 33609

Frazier Carraway, Esquire
Thomas Lash, Esquire
Damon Ellis, Esquire
Saxon Gilmore
201 E. Kennedy Blvd. Suite 600
Tampa, Florida 33602

Community Health Solutions of America, LLC
c/o Gary Simmons
100 1st Ave. S.
Suite 600
St. Petersburg, Florida 33701